McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
SAMUEL WONG
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN CAMACHO, ) <br> ) <br> Defendant. ) <br> _____) | CR NO. S-07-428 LKK <br> CR NO. S-07-170 LKK <br> CR NO. S-07-289 LKK <br><br> ORDER RE STATUS CONFERENCE |

    On May 13, 2008, at 9:30 a.m., this matter came on for a status of counsel hearing.  The United States appeared through Assistant United States Attorney Carolyn K. Delaney.  Attorney Gil Roque was relieved and attorney J. Toney was appoint to represent defendant Juan Camacho in all three above-captioned cases. The defendant was assisted by a Spanish interpreter.

    The government and the defendant agreed that a further status conference should be scheduled on June 17, 2008, and that time should be excluded until that date based on the need for defense counsel to review the voluminous discovery and prepare (local code T4) and because of the complexity of the case (local code T2).

    Accordingly, the Court entered the following orders:

1

1     For good cause shown, IT IS HEREBY ORDERED THAT:

2     1.   A further status conference for all defendants is
3 scheduled for June 17, 2008;

4     3.   The time between May 13, 2008 and June 17, 2008 is
5 excluded under the Speedy Trial Act pursuant to Local Code T4,
6 Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give
7 the defendants time to review the discovery and to adequately
8 prepare; and Local Code T2, Title 18, United States Code, Section
9 3161 (h)(8)(B)(ii).  The Court specifically finds that the cases
10 are complex and that a continuance is necessary to give the
11 defendant reasonable time to prepare for trial in this matter.
12 The Court finds that the ends of justice served by granting a
13 continuance
14 outweigh the best interest of the public and defendant in a speedy
15 trial.

18 DATE: May 23, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2