1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Juan Camacho
6

7             IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )
                                    )Cr. No. 07-289
10         Plaintiff,                )
                                    )ORDER CONTINUING STATUS
11    v.                             )CONFERENCE
                                    )(Oct 21, 2008 before Judge
12   JUAN CAMACHO et al              )Karlton)
           Defendants                )
13 _____)

14

15 This matter came on for status conference on September 9, 2008.

16 At the request of the Defense, the Government not objecting, a

17 further status conference is set for October 21, 2008 at 9:15 AM.

18 Time until that date is excluded from the requirements of the

19 Speedy Trial Act due to both complexity and the need for counsel

20 for the Defendants to prepare for trial (Local Codes T2 and T4).

21

22 Dated September 19, 2008

23

24                                  _____
25                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
26                                  UNITED STATES DISTRICT COURT

27

28
                                    1