1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Juan Camacho
6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,            )
                                         )Cr. S-07-170 LKK
10         Plaintiff,                    )Cr. S-07-289
                                         )Cr. S-07-428
11     v.                                )
                                         )STIPULATION AND ORDER
12 JUAN CAMACHO, et al                   )CONTINUING STATUS CONFERENCE
                                         )AND EXCLUDING TIME UNDER THE
13                                       )SPEEDY TRIAL ACT
           Defendant,                    )(May 25, 2010 at 9:15 AM
14 _____ )before Judge Karlton)

15

16      A status conference is now set for May 4 , 2010.

17   The Government has recently made a revised plea offer in this

18 case.

19

20    The Defendant is housed at the Butte County Jail in Oroville CA.

21 In order to resolve the case, Defendant, his counsel and an

22 interpreter must consider this offer.  For that reason, the parties

23 request the following stipulation be approved.

24     IT IS STIPULATED between the plaintiff, United States of

25 America and the Defendant, by and through their counsel, that the

26 status conference be continued to May 25, 2010 at 9:15 AM.

27

28
                                    1

It is further stipulated that time from the date of this stipulation through May 25, 2010 shall be excluded from the time when trial must be commenced under the Speedy Trial Act because the case is so unusual or complex within the meaning of the Speedy Trial Act, and for defense preparation. The parties stipulate that these are appropriate exclusions within the meaning of Title 18, U.S. Code Section 3161 (h) (7) (A) and (B) (ii) and (iv), and Local Codes T2 and T4.

Dated May 2, 2010

```
   s/s CAROLYN DELANEY              s/s J TONEY
   Carolyn Delaney                  J Toney
First Assistant U.S. Attorney    Attorney for Defendant
```

ORDER

Based on the stipulation of the parties and good cause appearing, the Court adopts the above stipulation in its entirety as its order. The Court further finds for the reasons given that failure to allow this continuance would deny counsel time for effective preparation and that the ends of justice outweigh the interest of the public and defendants in a speed trial.

SO ORDERED.

DATED: May 3, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT