1 | J. Toney
Attorney at Law
2 | State Bar No. 43143

3 | P.O. Box 1515
Woodland, California 95776
4 | (530) 666-1908
yoloconflict@aol.com
5
Attorney for Juan Camacho
6

7 |              IN THE UNITED STATES DISTRICT COURT

8 |           FOR THE EASTERN DISTRICT OF CALIFORNIA

9 | UNITED STATES OF AMERICA,          )
                                       )Cr. No. S 07-170 LKK
10 |         Plaintiff,                 )Cr. No. S 07-428 LKK
                                       )Cr. No. S 07-289 LKK
11 |     v.                            )
                                       )STIPULATION AND ORDER FOR
12 | JUAN CAMACHO, et al               )CONTINUANCE
                                       )(Oct 19, 2010 at 9:15 AM
13 |                                   )before Judge Karlton)
            Defendant,                 )
14 | _____)

15

16 |      A status conference is now set for September 21 , 2010.

17 |   The Pre-Plea report in these cases has just been received and

18 | Counsel for the Defendant and an interpreter must travel to the

19 | Butte County Jail to review the report with the Defendant.

20

21 |        For that reason, the parties

22 | request the following stipulation be approved.

23 |    IT IS STIPULATED between the plaintiff, United States of

24 | America and the Defendant, by and through their counsel that

25 | the Status Conference be continued to October 19, 2010 at 9:15 AM.

26 | Time for trial has previously been excluded under the Speedy Trial

27 | Act due to complexity and counsel preparation, (Local Codes T2 and

28 |                                 1

1  T4.   The parties stipulate that such exclusion be continued until

2  October 19, 2010.

3

4

5  Dated September 19, 2010

6      s/s CAROLYN DELANEY                      s/s J TONEY
       Carolyn Delaney                          J Toney
7  First Assistant U.S. Attorney         Attorney for Defendant

8                             ORDER

9      SO ORDERED.

10
   DATED: September 20, 2010
11
                          LAWRENCE K. KARLTON
12                        SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                             2