HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JUAN CAMACHO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CAMACHO,<br><br>Defendant. | No. Cr. S 07-170 MCE<br>No. Cr. S 07-289 MCE<br>No. Cr. S 07-428 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable MORRISON C. ENGLAND, JR. |
|---|---|

Defendant, JUAN CAMACHO, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On April 5, 2011, this Court sentenced Mr. Camacho to a total term of 171 months imprisonment on the above-captioned cases, comprised of 171 months on Count 1 in No. 2:07-cr-170 (for violation of 21 U.S.C. § 846 and 841(a)(1)), 171 months on Count 1 in No.

2:07-cr-428 (for violation of 21 U.S.C. §§ 846 and 841(a)(1)), and 36 months on Count 1 in 2:07-cr-289 (for violation of 18 U.S.C. § 4), to be served concurrently;

3. As to the drug offense, the combined total offense level was 35, the criminal history category was I, and the resulting guideline range was 168 to 210 months;

4. The sentencing range applicable to Mr. Camacho was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Camacho's total offense level has been reduced from 35 to 33, and his amended guideline range is 135 to 168 months. A comparable point within the new range yields a new term of 138 months imprisonment;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Camacho's term of imprisonment in Nos. 2:07-cr-170 and 2:07-cr-428 to a term of 138 months, to be served concurrently to each other and to the 36-month term of imprisonment in No. 2:07-cr-289. The parties agree this term is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted,

| | |
|---|---|
| Dated: October 15, 2015 | Dated: October 15, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *Hannah R. Labaree*<br>HANNAH R. LABAREE<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>JUAN CAMACHO |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that in Nos. 2:07-cr-170 and 2:07-cr-428, Mr. Camacho is entitled to the benefit Amendment 782, which reduces the total combined offense level from 35 to 33, resulting in an amended guideline range of 135 to 168 months. A comparable point within the new range yields a new term of 138 months imprisonment.

IT IS HEREBY ORDERED that the total term of imprisonment imposed in April 2011 is reduced to 138 months, comprised of 138 months on Count 1 in No. 2:07-cr-170 and 138 months on Count 1 in No. 2:07-cr-428, to be served concurrently to each other and to the 36-month term of imprisonment in No. 2:07-cr-289. This sentence is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Camacho shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

DATED: November 9, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT