AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                                        Page 1 (Page 2 Not for Public Disclosure)

Case 2:07-cr-00289-MCE   Document 160   Filed 11/18/15   Page 1 of 1

# UNITED STATES DISTRICT COURT

## for the

Eastern District of California

UNITED STATES OF AMERICA

v.

JUAN CAMACHO

|  |  |
|---|---|
| ) | Case No: |
| ) | 2:07CR00170-MCE |
| ) | 2:07CR00289-MCE |
| ) | 2:07CR00428-MCE |
| ) | USM No: 17066-097 |

Date of Original Judgment: 04/15/2011

Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Hannah R. Labaree, Assistant Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____171_____ months **is reduced to** _____138 months_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____04/15/2011_____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11/10/2015

Effective Date: 11/1/2015
*(if different from order date)*

*Judge's signature*

MORRISON C. ENGLAND, JR.
CHIEF UNITED STATES DISTRICT JUDGE
*Printed name and title*